UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **RASHID JIHAD,**<br><br>    Petitioner,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>    Respondent. | 2:04-CR-00108 (WJM)<br><br><br><br>ORDER<br><br>HON. WILLIAM J. MARTINI |

    **THIS MATTER** having come before the Court upon Rashid Jihad's, formerly known as Charles Triplett and formerly known as Henry Triplett, motion to amend the judgment and commitment order to reflect his alleged legal name change; and the Court having reviewed the papers of the parties on this matter; and the Court finding that while the First Amendment protects Mr. Jihad's right to legal recognition of his adopted religious name, *see Ali v. Stickman*, 206 Fed. Appx. 184, 186 (3d Cir. 2006) (unpublished opinion), and recognizing that such protection is not only legal, but provided for within the federal prison system, *see Barrett v. Virginia*, 689 F.2d 498, 501 (4th Cir. 1982); and noting that the Bureau of Prisons has a legitimate security interest in an efficient system of identification and administration of prisoners within its custody, *see Fawaad v. Jones*, 81 F.3d 1084, 1087 (11th Cir. 1996); and it appearing that the Bureau of Prisons' policy requires that an inmate petition the federal court when seeking a change of name, *see* Federal Bureau of Prisons, Program Statement P5800.14 § 402(d) (Dec. 30, 2006); and it further appearing that Bureau of Prisons' policy requires an inmate to provide prison staff with "verifiable documentation of the name change" so that such name may be entered as the inmate's "legal" name; and determining that even though Rashid Jihad alleges that

he changed his name prior to the issuance of the judgment and commitment order, he has failed to provide "verifiable documentation of the name change" sufficient to support his motion; and for good cause shown,

**IT IS** on this 10th day of October 2008, hereby

**ORDERED** that the application of Rashid Jihad formerly known as Charles Triplett and formerly known as Henry Triplett to amend the judgment and commitment order entered in this matter on November 23, 2004 is **DENIED**.

s/William J. Martini
**William J. Martini, U.S.D.J.**